

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,085-02

### EX PARTE RUTHEN JAMES WEEMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2015-229-C2B IN THE 54TH DISTRICT COURT FROM MCLENNAN COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of one count of aggravated assault and one count of unlawful possession of a firearm and sentenced to life and ten years' imprisonment respectively. The Tenth Court of Appeals affirmed his convictions. *Weems v. State*, No. 10-17-00404-CR (Tex. App.—Waco April 10, 2019)(not designated for publication).

The Court received this writ application on October 22, 2019. On November 6, 2019, this Court denied it without written order. However, it has now come to the Court's attention that the mandate in Applicant's direct appeal had not yet issued in his direct appeal when he filed the application in the trial court, and this application was not final for purposes of article

11.07.  TEX. CODE CRIM. PRO. Art. 11.07; *Ex parte Johnson*, 12 S.W.3d 472 (Tex. Crim. App. 2000).  Therefore, this application should have been dismissed as untimely filed. Accordingly, the Court withdraws its prior ruling which denied this application without written order and enters this order dismissing the application.

Applicant's writ application is dismissed.

Filed:  April 29, 2020

Do not publish